CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs
UN4 Productions, Inc., and
Millennium Funding, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UN4 Productions, Inc., and Millennium Funding, Inc. ) ) )| **Case No.: 1:19-cv-92-SOM-~~RLP~~** WRP<br>**(Copyright)** |
| Plaintiffs, )| **STIPULATED CONSENT** |
| vs. )| **JUDGEMENT BETWEEN** |
|  )| **PLAINTIFFS AND DEFENDANT** |
| GARY MITCHELL GRAHAM )| **GARY MITCHELL GRAHAM** |
|  )| |
| Defendant. )| |
|  ) ) ) )| |

As attested to by the signatures of Defendant GARY MITCHELL GRAHAM

and counsel for the Plaintiffs below, this matter comes before the Court on the

parties' Stipulated Consent Judgment.

Plaintiffs have filed a First Amended Complaint [Doc. #11] alleging Direct

**19-92**

and Contributory Copyright Infringement against Defendant GARY MITCHELL GRAHAM.

The parties, after conferral and investigation, now appear, Defendant GARY MITCHELL GRAHAM *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in Exhibits 2-3 to the First Amended Complaint [Docs. ##11-2, 11-3].

3. Although denying liability, Defendant GARY MITCHELL GRAHAM concedes to using websites of an entity referred to as "The Pirate Bay" to download torrents associated with Copyright protected motion pictures and the software application μtorrent to watch said motion pictures and as alleged in the First Amended Complaint.

4. Pursuant to stipulation of the parties, the below Money Judgment, Permanent Injunction and Order is to be entered against Defendant GARY MITCHELL GRAHAM.

## MONEY JUDGMENT

A Money Judgment is awarded in favor of Plaintiffs and against Defendant GARY MITCHELL GRAHAM in the amount of $2,900 (Two Thousand Nine Hundred Dollars) for costs, fees and damages.

## PERMANENT INJUNCTION

Defendant GARY MITCHELL GRAHAM is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs.

This Court will retain jurisdiction until June 10, 2021 for the purposes of enforcing the Permanent Injunction and Order.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Stipulated Consent Judgment, this matter is terminated.


DATED: Kailua-Kona, Hawaii, May 31, 2019.


CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

DATED: Kailua, Hawaii, _6·5·19_, 2019.

GARY MITCHELL GRAHAM

*Pro Se*
Defendant

APPROVED AND SO ORDERED:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

UN4 Productions, Inc., et al. v. GARY MITCHELL GRAHAM.
Case No.: 1:19-cv-92-SOM-RLP, STIPULATION; AND ORDER
**WRP**